IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITY SKIES, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv416-WHA |
| BCI AIRCRAFT LEASING, INC., et al., | ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #22), entered on December 10, 2010, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. #17) is GRANTED, and City Skies, Inc. is DISMISSED as a Plaintiff in this case.

2. The claims alleged by City Skies, Inc. against Defendants BCI Aircraft Leasing, Inc., Brian Hollnagel, and Joe Cirillo are DISMISSED without prejudice.

3. This case will proceed on the claims of Plaintiff Ronald Mays.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 4th day January, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE